UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-CR- 123 |
| Plaintiff, ) | |
| v. ) | JUDGES Varlan/Guyton |
| KELLY LOUISE FITZMAURICE, ) | |
| Defendant. ) | |

FILED 2013 AUG 20 P 4 16
U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT. CLERK

## MOTION TO SEAL INDICTMENT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter and this entire case. The defendant is not in custody and may present a risk of flight if she becomes aware of the charges prior to her arrest. So as not to alert the defendant in advance of her pending arrest, it is respectfully requested that the Court seal the indictment and this case until such time as the defendant is arrested and this Court orders the indictment and case be unsealed.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: _____
Frank M. Dale, Jr.
Assistant United States Attorney