UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2013 AUG 20 P 4:16
U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:13-CR- 123 |
| Plaintiff, ) | |
| v. ) | JUDGES Varlan/Guyton |
| ) | |
| KELLY LOUISE FITZMAURICE, ) | **UNDER SEAL** |
| Defendant. ) | |

### SEALING ORDER

For good cause shown, the Court hereby ORDERS the Indictment and this entire case be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

This 20 day of August, 2013.

_____
United States Magistrate Judge