# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES

**Case No.:** 3:13-cr-123   **At:** Knoxville, TN - Courtroom 3A   **Date:** November 25, 2013

**Style:** United States of America  **vs**  Kelly Louise Fitzmaurice (Custody - Present)

---

**Present Before**: Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Maurer | FTR Recorder | Corey Miller |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **U.S. Probation Officer** |

| Frank M. Dale, Jr. | Bobby E. Hutson, Jr., Fed. Def. |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

**Others Present:**  USM, CSO

**Proceedings:**  Initial appearance and arraignment held as to the Defendant Kelly Louise Fitzmaurice on an Indictment.  Defendant sworn.  Defendant submitted and Court approved financial affidavit.  Federal Defender Bobby E. Hutson, Jr. present and appointed as counsel for the defendant.  Not guilty plea entered.  Defendant waived and reserved right to a detention hearing and defendant to be detained pending further proceedings.  Government orally moved to unseal case.  Government granted oral motion and unsealed case.  Orders to follow.

**Dates And Deadlines Set:**

**Jury Trial:** 1/28/2014 at 9:00 a.m. before Chief District Judge Thomas A. Varlan
**Pretrial Conference:**  1/14/2014 at 10:30 a.m. before Magistrate Bruce Guyton
**Discovery Cut-Off:**  12/2/2013
**Motion Cut-Off:**  12/23/2013
**Response to Motions:**  1/6/2014
**Reciprocal Disc.:**  1/14/2014
**Plea Cut-Off**: 1/14/2014


[] Defendant released on conditions          [X] Defendant remanded to custody of Marshal


**Time:**          4:20 p.m.     **to**     4:35 p.m.