UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
) Case No. 3:13-CR-123
v ) (VARLAN/GUYTON)
)
)
KELLY LOUISE FITZMAURICE )

WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____   I HEREBY WAIVE my right to a detention hearing.

__X__   I HEREBY WAIVE my right to a detention hearing, and reserve the right to move for a detention hearing at a later date.

_____   I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date in the district where charges are pending.

X  *Kelly Fitzmaurice*  11/25/13
   DEFENDANT                Date

*Bobby E. Hutson*
COUNSEL FOR DEFENDANT