# UNITED STATES DISTRICT COURT

### FILED

for the

Eastern District of Tennessee

DEC 0 5 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

United States of America

v.

KELLY LOUISE FITZMAURICE

Defendant

)
)
)
)
)

Case No. 3:13-CR- 123

Varlan/Guyton

RECEIVED 2013 AUG 21 AM 9:07 U.S. MARSHAL E/D KNOXVILLE, TN

## ARREST WARRANT    SEALED

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KELLY LOUISE FITZMAURICE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including a computer, in violation of 18 U.S.C. § 2252A(a)(2) & (b)(1), and knowingly possessed a computer disk that contained three or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images had been transported in interstate commerce and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed and shipped and transported in an affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) & (b)(2).

Date:   08/21/2013

_____
Issuing officer's signature

City and state:   Knoxville, TN

A. Brush, Deputy Clerk
_____
Printed name and title

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 8/21/13 , and the person was arrested on *(date)* 11/25/13 at *(city and state)* Sevierville, Tennessee | | |

Date: 11/25/13

_____
Arresting officer's signature

Clay M. Anderson
_____
Printed name and title