UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES: PLEA
February 12, 2014

United States of America vs. Kelly Louise Fitzmaurice
Case no. 3:13-cr-00123

CHANGE OF PLEA HEARING: ***The parties are reminded to comply with the deadlines set forth in LR 83.9***

| Julie Norwood | Jolene Owen | Carol Cavin |
|---|---|---|
| Courtroom Deputy | Court Reporter | Probation Officer |

| Frank Dale | Bobby Hutson |
|---|---|
| Assistant U.S. Attorney | Attorney for the Defendant |

PROCEEDINGS:
- Defendant Sworn
- Court questions Defendant regarding physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
- Defendant waives reading of Indictment
- Defendant PLEADS guilty to count(s) as set forth in the Plea Agreement or Factual Basis
- Date set for Sentencing before the Honorable Thomas A. Varlan: **May 22, 2014 @ 11:00**
- Referred for PSI
- Defendant to remain in custody of Marshal

9:30 to 10:00