UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| ) | No. 3:13-CR-123 |
| vs. ) | Judge Varlan |
| ) | |
| ) | |
| KELLY LOUISE FITZMAURICE, ) | |
| ) | |
| DEFENDANT. ) | |

## NOTICE OF NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT

Comes now the United States of America, by and through its counsel, and states:

After having reviewed in full the Presentence Investigation Report prepared by Robert Scott Queener, United States Probation Officer, and disclosed on April 15, 2014, in the above-captioned case, the United States has no objection to the Presentence Investigation Report.

Respectfully submitted, this the 29th day of April, 2014.

                                          WILLIAM C. KILLIAN
                                          UNITED STATES ATTORNEY

                                          *s/Frank M. Dale, Jr.*
By:   _____
                                          Frank M. Dale, Jr.
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          800 Market Street, Suite 211
                                          Knoxville, Tennessee 37902
                                          Telephone: (865)545-4167

CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2014, a copy of the foregoing **NOTICE OF NO OBJECTION TO PRESENTENCE INVESTIGATION REPORT** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

*s/Frank M. Dale, Jr.*
_____

Frank M. Dale, Jr.
Assistant United States Attorney
United States Attorney's Office
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Telephone: (856) 545-4167