UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-CR-123 |
| | ) | Judges Varlan/Guyton |
| KELLY LOUISE FITZMAURICE | ) | |

**JOINT MOTION FOR ENTRY OF**
**AGREED PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through Frank M. Dale, Jr., Assistant United States Attorney for the Eastern District of Tennessee, and Bobby E. Hutson counsel for the defendant, move for entry of the attached Agreed Preliminary Order of Forfeiture pursuant to Rule 32.2(b), Federal Rules of Criminal Procedure and in compliance with ECF rule 4.8.

Respectfully submitted on June 2, 2014.

WILLIAM C. KILLIAN
United States Attorney

FRANK M. DALE, JR.
Assistant United States Attorney

BOBBY E. HUTSON
Attorney for defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U.S. mail.

*s/Frank M. Dale, Jr.*
FRANK M. DALE, JR.
Assistant United States Attorney