UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - SENTENCING
June 2, 2014

United States of America vs. Kelly Louise Fitzmaurice
Case No. 3:13-cr-00123

Present before the Honorable Thomas A. Varlan, Chief United States District Judge

| Julie Norwood | Jolene Owen | Joe Thomas |
|---|---|---|
| Courtroom Deputy | Court Reporter | U.S. Probation Officer |

| Jennifer Kolman | Bobby Hutson |
|---|---|
| Assistant U.S. Attorney | Attorney for Defendant |

Proceedings: Imposition of Judgment and Sentence
- Defendant Sworn

Court Pronounces Judgment as Follows:
- Plea Agreement is Accepted
- 151 Months Imprisonment. This term consists of 151 months as to Count One, and a term of 120 months as to Count Two, to run concurrently.
- 15 years Supervised Release
- Special Assessment in the amount of $200; Restitution in the amount of $500
- The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine
- Court Recommendation: Designation to a facility as geographically close to the Eastern District of Tennessee as possible
- Defendant shall remain in the custody of U. S. Marshal

Time: 11:00 to 11:30