UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **No. 3:13-CR-123** |
| | ) | **Judges Varlan/Guyton** |
| **KELLY LOUISE FITZMAURICE** | ) | |

## NOTICE OF FORFEITURE

NOTICE IS HEREBY GIVEN that on June 2, 2014, in the above-captioned case, the Honorable Thomas A. Varlan, Chief United States District Judge for the Eastern District of Tennessee, entered an Agreed Preliminary Order of Forfeiture condemning and forfeiting to the United States the interest of the defendant, KELLY LOUISE FITZMAURICE, in the following property:

> One Acer laptop computer (serial number LXAX90X107650) and charger (serial number 105E71601)

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of the property in such manner as the United States Attorney General may direct.

Pursuant to 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b), if you have a legal interest in the property, WITHIN THIRTY (30) DAYS of the final publication of this notice or receipt of written notice, whichever is earlier, you must petition the United States District Court for the Eastern District of Tennessee for a hearing to adjudicate the validity of your alleged legal interest in the property. If a hearing is requested, it shall be held before the Court alone, without a jury.

THE PETITION must be signed by the petitioner under penalty of perjury, as established in 28 U.S.C. § 1746, and shall set forth the nature and extent of your right, title or interest in the

property, the time and circumstances of your acquisition of the right, title or interest in the property and any additional facts supporting your claim and the relief sought.

Pursuant to 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b), NEITHER A DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS AGENT IS ENTITLED TO FILE A PETITION.

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition.  The Court may consolidate your hearing on the petition with any other hearings requested on any other person other than the Defendant named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross examine witnesses who appear at the hearing.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE AND INTEREST IN THE PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES.  THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY HEREIN DESCRIBED AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

The petition shall be filed with the United States District Court for the Eastern District of Tennessee at Knoxville at 800 Market Street, 3rd Floor, Knoxville, Tennessee, 37902.  A copy of this petition also shall be served upon the United States to the attention of Anne-Marie Svolto, Assistant United States Attorney, 800 Market Street, Suite 211, Knoxville, Tennessee 37902.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices.

                                    Respectfully submitted,

                                    WILLIAM C. KILLIAN
                                  United States Attorney

By:    *s/Frank M. Dale, Jr.*
           FRANK M. DALE, JR.
           Assistant United States Attorney
           800 Market Street, Suite 211
           Knoxville, Tennessee 37902
           (865) 545-4167