UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:13-CR-123-TAV-HBG |
| ) | |
| KELLY LOUISE FITZMAURICE, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On August 20, 2013, an Indictment was filed charging the defendant, KELLY LOUISE FITZMAURICE, in Count One with knowingly distributing child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and in Count Two with, knowingly possessing a computer disk that contained three or more images of child pornography in violation of 18 U.S.C. §§ 2252A (a)(5)(B) & (b)(2).

In the forfeiture allegations of the Indictment in the above-styled case, the United States sought forfeiture of the interest of the defendant, KELLY LOUISE FITZMAURICE, pursuant to 18 U.S.C. § 2253, in any visual depiction containing child pornography; in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and any property used or intended to be used to commit or promote the commission of any offense, as alleged in the Indictment, including but not limited to the following property:

> One Acer laptop computer (serial number LXAX90X107650) and charger (serial number 105E71601)

On January 15, 2014, a Plea Agreement was filed in the above-referenced case in which the defendant agreed to plead guilty to violations of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and 2252A(a)(5)(B) and (b)(2), and agreed to forfeit her interest in the property described above.

The Court accepted the guilty plea of the defendant on February 12, 2014, and by virtue of the guilty plea and conviction, the Court has determined that the defendant's interest in the property is subject to forfeiture. The United States has established the requisite nexus between the offenses and the property.

On June 2, 2014, this Court entered an Agreed Preliminary Order of Forfeiture as to the defendant forfeiting her interest in the above-referenced property pursuant to 18 U.S.C. § 2253.

Pursuant to 21 U.S.C. § 853(n)(1), the property described above was previously published on an official Government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 12, 2014 and ending on July 11, 2014. The Notice of Forfeiture advised that any person, other than the defendant, having or claiming a legal interest in the property described above, was required to file a petition with the Court within sixty (60) days of the first date of publication of this Notice on the official Government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(n)(2). The notice further provided that the petition was to be filed with the Clerk of the Court. It further required that the petition was to be signed by the petitioner under penalty of perjury, and set forth the nature and extent of the petitioner's right, title or interest in the defendant's property and any additional facts supporting the petitioner's claim and the relief sought. A Declaration of Publication was filed with the Clerk of this Court on July 22, 2014.

No person, corporation or entity has filed a claim to the property described herein; therefore,

It is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That the following property is hereby forfeited to the United States, pursuant to 18 U.S.C. § 2253 and all right, title and interest in the property is hereby vested in the United States:

> One Acer laptop computer (serial number LXAX90X107650) and charger (serial number 105E71601)

2. That the United States Marshals Service, shall dispose of the forfeited property according to law; and

3. That the Clerk of this Court provides the United States Marshals Service, Knoxville, Tennessee and the United States Attorney's Office, Knoxville, Tennessee with a certified copy of this Final Order of Forfeiture.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

WILLIAM C. KILLIAN
United States Attorney


By: *s/Frank M. Dale, Jr.*
Frank M. Dale, Jr.
Assistant United States Attorney