UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| KELLY LOUISE FITZMAURICE, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos.: | 3:13-CR-123-TAV-HBG |
| | ) | | 3:16-CV-53-TAV |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## **ORDER**

Petitioner brings this pro se motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255, alleging four claims of ineffective assistance, including a claim that counsel failed to file a notice of appeal upon her request [Doc. 30].[1]  Since it does not plainly appear from the face of the motion that it should be summarily dismissed, the United States Attorney is **ORDERED** to file an answer or other pleading to the motion within **thirty (30)** days from entry of this Order.  Rule 4, Rules Governing Section 2255 Proceedings For the United States District Courts.

Although a reply to Respondent's answer is unnecessary, if Petitioner wishes to file a reply, she **SHALL** file her reply within **thirty (30) days** from the date the answer is filed with the Court.  *See* Rule 5(d), Rules Governing Section 2255 Proceedings For the United States District Courts. The Court directs Petitioner's attention to Local Rule 7.1(b), which provides that any reply must directly reply to the points and authorities in the answer and

---

[1] All docket references are to the underlying criminal case, No.: 3:13-CR-123-TAV-HBG.

shall not be used to reargue the points included in a § 2255 motion or to present any new issues.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE