UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | |
|---|---|
| KELLY LOUISE FITZMAURICE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 3:13-CR-123 |
| | ) 3:16-CV-53 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPONSE TO PETITIONER'S 28 U.S.C. § 2255 PETITION

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this motion for an extension of time within which to file a response to petitioner Kelly Louise Fitzpatrick's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody [Doc. 30] ("2255 Petition"). In support of this request, the Government states as follows:

1. The petitioner filed her 2255 Petition on January 28, 2016. On February 1, 2016, the Court ordered the United States to file an answer or otherwise respond to the petition within 30 days of entry of the Court's order. [Doc. 31].

2. Due to a heavy caseload and time constraints associated with other matters, counsel for the United States needs additional time in which to respond to the petitioner's 2255

Petition.  Accordingly, the Government respectfully requests that the deadline for responding to the petition be extended by an additional 45 days, through and including April 18, 2016.

Respectfully submitted this 29th day of February, 2016.

NANCY STALLARD HARR
Acting United States Attorney


By: s/ Frank M. Dale, Jr.
FRANK M. DALE, JR.
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN  37902
(865) 545-4167


### CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2016, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.  Any party not named as being served electronically will be served by regular U.S. mail or facsimile.

Kelly Fitzmaurice
Aliceville Federal Correctional Institute
P.O. Box 4000
Aliceville, AL 35442


s/ Frank M. Dale, Jr.
FRANK M. DALE, JR.
Assistant United States Attorney