UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| KELLY LOUISE FITZMAURICE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.:  3:13-CR-123-TAV-HBG-1 |
| | ) |        3:16-CV-53-TAV |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

In accordance with the accompanying memorandum opinion, this pro se prisoner's

motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 [Doc. 30] is

**DENIED** as time-barred and this action is **DISMISSED**.  Further, for the reasons set forth

in the accompanying memorandum, a certificate of appealability **SHALL NOT ISSUE**.

Also, as the Court **CERTIFIED** in the memorandum opinion that any appeal from this

order would not be taken in good faith, should Petitioner file a notice of appeal, she is

**DENIED** leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P.

24.

The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ John L. Medearis
   CLERK OF COURT