UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:13-CR-123 |
| | ) |
| KELLY LOUISE FITZMAURICE, | ) |
| | ) |
| Defendant, | ) |

## RELEASE OF JUDGMENT LIEN

The United States of America releases the judgment lien entered in the above-styled case in the District Court for the Eastern District of Tennessee. The United States hereby releases the Notice of Lien filed by our office on June 20, 2014 in Sevier County, Tennessee, and recorded in Lien Book 4322 Page 107.

Respectfully submitted,

FRANCIS M. HAMILTON III
Acting United States Attorney

By: _____
GRETCHEN MOHR
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
GMohr@usdoj.gov

Sworn before me this 21 day of OCTOBER, 2021.

_____
Notary Public

My commission expires: 4-23-2024

[Notary Seal: GAIL HOLT, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF BLOUNT]

CERTIFICATE OF SERVICE

      I, hereby certify that on  OCTOBER 21 , 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                 Gretchen Mohr
                                                 Assistant United States Attorney