UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3A

**Case #:** 3:13-cr-123      **Date:** May 28, 2025

United States of America    **vs.**    Kelly Fitzmaurice

**Present before:** Honorable Jill E. McCook, United States Magistrate Judge

| Mallory Dahl | ECRO | Nick Dongarra |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |
| Frank Dale | | Benjamin Sharp |
| **Asst. U.S. Attorney** | | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for an initial appearance on a petition for warrant for offender under supervision.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
    - [ ] Defendant waived and reserved the right to a detention hearing.
    - [✓] Defendant requested detention hearing.
        - [✓] Detention hearing set.    [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [✓] Defendant requested a preliminary hearing
    - [ ] Preliminary hearing held.    [✓] Preliminary hearing set.
- [ ] Defendant waived and reserved right to a preliminary hearing.
- [✓] Court set revocation hearing to be held before the District Judge.

**Dates set at this hearing:**
- [✓] **Revocation Hearing:** 7/9/2025 at 9:00 a.m. before USDJ Varlan
- [✓] **Detention Hearing:** 6/3/2025 at 1:30 p.m. before USMJ McCook
- [✓] **Preliminary Hearing:** 6/3/2025 at 1:30 p.m. before USMJ McCook
- [ ] **Other Hearing:**

[✓] Defendant remanded to custody.    [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 2:30    **to**    2:45

(●) I, M. Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ 313cr123 _ 052825 _