UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE – COURTROOM 3A

**Case #:** 3:13-CR-123  **Date:** June 9, 2025

United States of America  **vs.**  Kelly Fitzmaurice

**Present before:** Honorable Jill E. McCook, United States Magistrate Judge

| Mallory Dahl | ECRO | Katharine Cooney |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |
| Frank Dale | Robert Welc | Benjamin Sharp |
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ✓ preliminary hearing ✓ detention hearing. Hearing held.

- ✓ Defendant sworn.
- ☐ Parties agreed to conditions of release.
- ✓ Government requested detention of the defendant and arguments heard.
- ✓ Exhibits marked and admitted.
- ✓ Witnesses sworn and testimony heard.

**Court Findings:**

- ☐ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
- ☐ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
- ☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
- ✓ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☐ **Hearing to continue:**
☐ **Other Hearing:**

✓ Defendant remanded to custody.  ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 2:00  **to** 3:35

⦿ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 313cr123 _ 060925 _