# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | **EXHIBIT AND WITNESS LIST** | |
| KELLY FITZMAURICE | Case Number: 3:13-CR-123 | |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jill E. McCook, U.S. Magistrate Judge | Frank Dale | Benjamin Sharp |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| June 9, 2025 | ECRO | Mallory Dahl |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 6/29/2025 | | | Robert Welch, USPO |
| 1 | | 6/29/2025 | x | x | Petition |
| 2 | | 6/29/2025 | x | x | (SEALED) PSR |
| | 3 | 6/29/2025 | x | x | Text messages |
| | 4 | 6/29/2025 | x | x | Collective Photos |
| | W | 6/29/2025 | | | David Fitzmaurice |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages